IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 19 2022

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 22-MJ-01779 |
| ) | |
| v. ) | |
| ) | |
| ANTONIO ORLANDO ROMERO, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Chaves County Detention Center, Roswell, NM, it is;

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of Chaves County Detention Center to surrender **ANTONIO ORLANDO ROMERO**, SSN 6132, to the United States Marshal for the District of New Mexico or his representative in order that the **ANTONIO ORLANDO ROMERO** may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable Gregory B. Wormuth, Chief U.S. Magistrate Judge on January 31, 2023, at 9:00 a.m. (Organ Courtroom via Zoom Videoconference).

**ANTONIO ORLANDO ROMERO** is to remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

_____
UNITED STATES MAGISTRATE JUDGE